## George C. Spencer v. Joseph D. Stearns.

*Final order: Appeal.* An order dissolving an injunction is not appealable.

*Heard and decided January 7.*

Appeal in chancery from Ionia circuit.

This appeal was dismissed on motion, on the ground that the order appealed from, which was an order dissolving an injunction, was not final.

*Blanchard & Vosper,* for the motion.

*A. W. Dodge, contra.*